UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARONDA ROBINSON, as Personal
Representative of the Estate of
OMARION HARDY, deceased,

                              Plaintiff,               Case: 2:07-cv-14999
-vs-                                        Judge Marianne O. Battani
                                              Magistrate Virginia Morgan

HURLEY MEDICAL CENTER;
DR. XIAOYING WU; and
DR. DAVID PYATT,
Jointly and severally,

                              Defendants.

_____/

RICHARD G. BREWER (P31124)      THOMAS R. SHIMMEL  (P41280)
Attorney for Plaintiff               Attorney for Defendant, Dr. David Pyatt
2000 Town Center, Suite 900       One Woodward Avenue, Suite 2400
Southfield, Michigan  48075-1100  Detroit, Michigan  48226-5485
(248) 355-0300                     (313) 965-6953

ROBERT P. ROTH (P27238)
Attorney for Defendants,
Hurley Medical Center & Dr. Xiaoying Wu
3883 Telegraph Road, Suite 103
Bloomfield Hills, Michigan  48302
(248) 647-4242

_____/

## STIPULATED ORDER TO REMAND CASE TO
## GENESEE COUNTY CIRCUIT COURT

      The parties hereto having agreed to the terms herein, notice of entry being
waived pursuant to F. R. Civ. P. 6, and the court being otherwise fully advised in the
premises:

**IT IS HEREBY ORDERED** that the above-captioned matter shall be remanded to the Genesee County Circuit Court, to the Honorable Richard B. Yuille, as no federal question remains in this matter.

_____s/Marianne O. Battani_
US DISTRICT COURT JUDGE
Date: April 17, 2008

_____

I hereby stipulate to the entry
of the above Order and waive
notice of hearing thereon.


/s/ Richard G. Brewer_____
RICHARD G. BREWER (P31124)
Attorney for Plaintiff


/s/ Thomas R. Shimmel_____
THOMAS R. SHIMMEL  (P41280)
Attorney for Defendant, Dr. David Pyatt


/s/ Marc S. Berlin_____
MARC S. BERLIN (P37140)
Attorney for Defendant, Hurley Med. Ctr